## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                          BKY Case No.: 21-31539
                                                                                 Chapter 7

LOCAL MOTION MN, LLC,

                        Debtor.

Patti J. Sullivan, Trustee,                                     ADV Case No.: 23-3053

                        Plaintiff,

v.

Craig Nester, Justin Christenson, Mitchel
Rittenhouse, Mover 2.0 LLC d/b/a Modern
Moving and Modern Movers,

                        Defendants.

## NOTICE OF DISMISSAL OF DEFENDANT CRAIG NESTER

PLEASE TAKE NOTICE that Patti J. Sullivan, Trustee ("**Plaintiff**"), dismisses Defendant

Craig Nester ("**Nester**)") from this adversary proceeding without prejudice pursuant to Bankruptcy

Rule 7041(a) incorporating Fed. R. Civ. P. 41.

**MOSS & BARNETT**

Date: January 11, 2024                    *s/ Matthew R. Burton*

Matthew R. Burton (#210018)
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
P: (612) 877-5399; F: (612) 877-5066
E: Matthew.Burton@lawmoss.com

*ATTORNEYS FOR PLAINTIFF PATTI J.
SULLIVAN, TRUSTEE*

8971152v1